**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

ELIAS DAKWAR, MD,

                Plaintiff,

      v.

COLUMBIA UNIVERSITY IN THE CITY OF
NEW YORK, THE TRUSTEES OF COLUMBIA
UNIVERSITY IN THE CITY OF NEW YORK,
NEW YORK STATE INSTITUTE FOR
PSYCHIATRY, AND THE RESEARCH
FOUNDATION FOR MENTAL HYGIENE, INC.

                Defendants.

No. 26-CV-04471 (MKV)

**RULE 7.1 STATEMENT**

---

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant The Trustees of Columbia University in the City of New York ("Columbia"), a non-governmental party, hereby certifies through undersigned counsel that: (i) Columbia has no parent corporation; and (ii) no publicly held corporation owns ten percent or more of Columbia's stock.

Dated: New York, New York
       June 29, 2026

                Respectfully submitted,

                SCHILLING LAW LLC

                /s/ *Andrew W. Schilling*
                Andrew W. Schilling
                Elisabeth Shane
                Emily A. Edwards
                810 Seventh Avenue
                Suite 305
                New York, New York 10019
                aschilling@schillinglaw.com
                (212) 551-7880

                *Attorneys for Defendant The Trustees of*
                *Columbia University in the City of New York*

TO:    All Counsel of Record via ECF