USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/09/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Elias Dakwar, MD,

Plaintiff,

-against-

Columbia University in the City of New York, The Trustees of Columbia University in the City of New York, New York State Institute for Psychiatry, and the Research Foundation For Mental Hygiene, Inc.,

Defendants.

1:26-cv-4471-MKV

ORDER

MARY KAY VYSKOCIL, United States District Judge:

Plaintiff initiated this action by filing a complaint on May 28, 2026. [ECF No. 1]. On October 8, 2026, this Court granted Plaintiff's request for an extension until October 26, 2026 to serve Defendant New York State Institute for Psychiatry. [ECF No. 15]. Plaintiff has not filed proof of service on the docket. Federal Rule of Civil Procedure 4(m) provides:

> If a defendant is not served within 90 days after the complaint is filed, the court—on motion or on its own after notice to the plaintiff—must dismiss the action without prejudice against that defendant or order that service be made within a specified time. But if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period.

Accordingly, Plaintiff is hereby directed to serve Defendant New York State Institute for Psychiatry and file proof of service on the docket by **November 23, 2026**. If service has not been made on or before that date, and if Plaintiff fails to show cause, in writing, why service has not been made, Defendant New York State Institute for Psychiatry will be dismissed for Plaintiff's failure to prosecute pursuant to Rules 4 and 41 of the Federal Rules of Civil Procedure.

**SO ORDERED.**

**Date: November 9, 2026**
**New York, NY**

Mary Kay Vyskocil
MARY KAY VYSKOCIL
United States District Judge